COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-05-222-CV

 

 

IN RE AVERY
PHARMACEUTICALS, INC.                                  RELATORS

AND AL SANKARY

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators=
petition for writ of mandamus is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

 

PANEL B: 
HOLMAN, LIVINGSTON, and DAUPHINOT, JJ.

 

LIVINGSTON, J. is of the tentative opinion that
relators are entitled to the relief sought on the issue of net worth, and would
request a response.

 








DELIVERED: August 19, 2005











    [1]See
Tex. R. App. P. 47.4.